IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01401-PAB-BNB

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, and
ALLSTATE INDEMNITY COMPANY,

Plaintiffs,

v.

KITTY ERICKSON,
KENNETH HOSCH, and
CRYSTAL BALDWIN, individually and as personal representative of the Estate of David Baldwin,

Defendants.
_____

**ORDER**
_____

Before me is the **Plaintiffs' Motion to Stay This Action Pending Final Resolution** [Doc. # 14, filed 7/18/2014] (the "Motion"), which is unopposed. The plaintiffs seek two things: (1) that the scheduling conference set for August 18, 2014, be vacated; and (2) that the action be stayed "pending a final resolution."

The motion does not engender confidence that a resolution has been reached. Instead, it states that "[t]he parties have agreed in principal to settle all claims" and that "[p]resuming a final resolution is reached in this matter, Allstate will promptly dismiss this case."

I will afford the parties until September 5, 2014, to accomplish the purported settlement.

IT IS ORDERED:

(1)     The Motion [Doc. # 14] is GRANTED as specified; and

(2)     The scheduling conference set for August 18, 2014, at 10:00 a.m., is VACATED

and reset to September 5, 2014, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before August 29, 2014. No discovery is allowed until a scheduling order is entered.

Dated July 18, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge