IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01401-PAB-BNB

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, and
ALLSTATE INDEMNITY COMPANY,

Plaintiffs,

v.

KITTY ERICKSON,
KENNETH HOSCH, and
CRYSTAL BALDWIN, individually and as personal representative of the Estate of David Baldwin,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Supplemental Motion to Stay This Action Pending Final Resolution** [docket no. 18, filed August 29, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IS IT FURTHER ORDERED:

1. The Scheduling/Planning Conference set for **September 5, 2014**, and all related deadlines, are **VACATED**.

2. The parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **October 14, 2014**, or a status report addressing why dismissal has not been accomplished.

DATED:  August 29, 2014