IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01401-PAB-BNB

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, and
ALLSTATE INDEMNITY COMPANY,

Plaintiffs,

v.

KITTY ERICKSON,
KENNETH HOSCH, and
CRYSTAL BALDWIN, individually and as personal representative of the Estate of David Baldwin,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  IT IS ORDERED:

  (1) The **(Unopposed) Motion to Retain Jurisdiction, and for Leave to Add FCC Services as an Involuntary Co-Defendant** [Doc. # 25] is GRANTED, and FCC Services is added as an involuntary co-defendant;

  (2) Defendant Crystal Baldwin shall file her cross-claim against FCC Services on or before December 16, 2014, and make service against FCC Services within 60 days thereafter; and

  (3) A status conference to discuss the remaining procedures to be followed is set for March 9, 2015, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

DATED:  December 2, 2014